UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLOYD DAVIS, JR. | CIVIL ACTION |
| VERSUS | NO: 15-4414 |
| SHERIFF JERRY LARPENTER, *ET AL.* | SECTION: R(5) |

## ORDER AND REASONS

Before the Court is Floyd Davis, Jr.'s 42 U.S.C. § 1983 civil rights complaint and the Magistrate Judge's Report and Recommendation ("R & R") that Davis's petition be dismissed with prejudice. Having reviewed *de novo* the complaint,[1] the record, the applicable law, and the Magistrate Judge's unopposed R & R,[2] the Court hereby approves the R & R and adopts it as its opinion.

Accordingly, Floyd Davis, Jr.'s civil rights complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 4th day of February, 2016.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.

[2] R. Doc. 17.